LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
RYAN VENCI, ESQ.
Nevada Bar No. 7547
KRISTEN MOLLOY, ESQ.
Nevada Bar No. 14927
BRANDON | SMERBER LAW FIRM
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT NEVADA

MIRSADA CANDIC,

    Plaintiff,

vs.

ALBERTSON'S, LLC, a foreign limited liability company; DOES I through X; DOE EMPLOYEES I through X; ROE MAINTENANCE COMPANIES; and ROE CORPORATIONS I through X, inclusive,

    Defendants.

CASE NO.: 2:25-cv-00705-MMD-NJK

### ORDER TO DISMISS DEFENDANT, ALBERTSON'S, LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S, LLC, and Plaintiff, MIRSADA CANDIC, by and through MARK G. HENNESS, ESQ., STEPHEN J. MENDENHALL, ESQ., and KJELL S. HENNESS, ESQ., of HENNESS & HAIGHT, LLC as follows:

BRANDON | SMERBER LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

*Mirsada Candic v. Albertson's, LLC*
*Case No.: 2:25-cv-00705-MMD-NJK*

That Defendant, ALBERTSON'S, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 17th day of March, 2026.          DATED this ___ day of March, 2026.

**BRANDON | SMERBER LAW FIRM**          **HENNESS & HAIGHT**

*/s/ Lew Brandon, Jr. Esq.*

_____          _____
**LEW BRANDON, JR., ESQ.**          **MARK G. HENNESS, ESQ.**
Nevada Bar No. 5880          Nevada Bar No. 5842
**RYAN M. VENCI, ESQ.**          **STEPHEN J. MENDENHALL, ESQ.**
Nevada Bar No. 7547          Nevada Bar No. 15286
139 E. Warm Springs Rd.          **KJELL S. HENNESS, ESQ.**
Las Vegas, Nevada 8919          Nevada Bar No. 15286
*Attorneys for Defendant,*          8972 Spanish Ridge Avenue
*ALBERTSON'S LLC*          Las Vegas, Nevada 89148
          *Attorneys for Plaintiff,*
          *MIRSADA CANDIC*

*Mirsada Candic v. Albertson's, LLC*
*Case No.: 2:25-cv-00705-MMD-NJK*

**IT IS SO ORDERED** that Defendant, ALBERTSON'S, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this ___20th___ day of ___March___ 2026.

_____
**DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
139 E. Warm Springs Rd.
Las Vegas, Nevada 8919
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

Page 3 of 3